FILED
CLERK, U.S. DISTRICT COURT

February 23, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar </br></br> of </br></br> Judge MÓNICA RAMÍREZ ALMADANI | ORDER OF THE CHIEF JUDGE </br> 24-034 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mónica Ramírez Almadani,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Fred W. Slaughter to the calendar of Judge Mónica Ramírez Almadani:

| | |
|---|---|
| 5:21-cv-00865-FWS-PVC | Paul D. Carr v. Neil McDowell |
| 5:23-cv-02246-FWS-JDE | Nick Castaneda et al. v. County of San Bernardino et al. |
| 5:23-cv-02427-FWS-ASx | Carl Killebrew v. Topbuild Inc. et al. |
| 8:22-cv-01446-FWS-DFMx | Race Winning Brands, Inc. v. Mark Gearhart |
| 8:22-cv-02200-FWS-DFMx | Coast Surgery Center v. United Healthcare Insurance Co. et al. |
| 8:23-cv-00372-FWS-JDEx | Shenzhen Jame Technology Corp., Ltd. v. Vinci Brands LLC et al. |
| 8:23-cv-00937-FWS-KESx | Frank Surrell v. Albertsons LLC et al. |
| 8:23-cv-02117-FWS-DFMx | Angela Green v. Capital One Bank N.A. et al. |
| 8:23-cv-02381-FWS-KESx | Jessica McLeod v. Experian Information Solutions, Inc. et al. |
| 8:24-cv-00032-FWS-DFMx | Harvest Small Business Finance et al. v. Evan Mitnick et al. |
| 8:24-cv-00073-FWS-ADSx | Olga Alvarado De Garay et al. v. City of Tustin et al. |
| 8:24-cv-00143-FWS-ADSx | Bilal Elkaissi v. Fountain Valley Regional |

In the Matter of the
Creation of Calendar for
District Judge Mónica Ramírez Almadani												2

|  |  |
|---|---|
|  | Medical Center et al. |
| 8:24-cv-00147-FWS-KESx | Nhat Tu v. CEP America LLC et al. |
| 8:24-cv-00162-FWS-JDEx | Travelers Casualty and Surety Company of America v. Encore Market Engagement |

On all documents subsequently filed in the case, please substitute the Judge initials MRA after the case number in place of the initials of the prior Judge.

DATED: February 23, 2024				_____
												Chief Judge Philip S. Gutierrez