Bruce D. Praet  SBN 119430
FERGUSON, PRAET & SHERMAN
1631 E. 18th St.
Santa Ana, CA 92705
714.953.5300 telephone
714.953.1143 facsimile
bpraet@aol.com

Attorney for City of Tustin Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ALVARADO DE GARAY, CAROLINA GARAY ALVARADO, and MERCEDES GARAY ALVARADO, individually and as successors in interest to Clemente de Jesus Garay Mejia,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUSTIN, JOSEPH SANCHEZ and HAYDEN NEWMAN,<br><br>Defendants. | Case No: 8:24-cv-00073 MRA ADS<br><br>**NOTICE OF ERRATA re DEFENDANTS' ANSWER TO FIRST AMENDED COMPLIANT; JURY DEMAND** |

PLEASE TAKE NOTICE that Defendants' Answer to the First Amended Complaint [Dkt 20] was filed prematurely and missing certain affirmative defenses.  An Answer to the First Amended Complaint will be timely filed containing the missing defenses.

DATED: March 20, 2024            FERGUSON, PRAET & SHERMAN
                                 A Professional Corporation


                        By:   /s/ Bruce D. Praet
                              Bruce D. Praet, Attorneys for City of
                              Tustin Defendants