# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| OLGA ALVARADO DE GARAY, et al. | 8:24–cv–00073–MRA–ADS |
| Plaintiff(s), | |
| v. | |
| CITY OF TUSTIN, et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   3/20/2024

Document No.:   20, 21, 22

Title of Document:   Answer(s), Errata

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Withdrawal (Document or Motion); Amended Answer to Complaint

Other:

There cannot be duplicate filings of Answer(s). Attorney can withdraw the doc and/or re–file an Amended Answer. To find the correct efiling event to withdraw document, search for Other Filings – Notices – Withdrawal (Document or Motion). To find correct event to amended answer, search for Initial Pleadings and Service – Other Answers – Amended Answer to Complaint

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: March 20, 2024            By:  /s/ *Lori Muraoka  lori_muraoka@cacd.uscourts.gov*
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS