# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ALVARADO DE GARAY, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF TUSTIN, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:24−cv−00073−MRA−ADS<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __3/20/2024__ | __22__ | __Answer__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

    Document [22] accepted as filed. Document [20] shall be deemed withdrawn per Notice of Errata [21].


DATED: March 22, 2024          /s/ *Monica Ramirez Almadani*
                                                 United States District Judge