LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ALVARADO DE GARAY, CAROLINA GARAY ALVARADO, and MERCEDES GARAY ALVARADO, individually and as successors in interest to Clemente de Jesus Garay Mejia,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUSTIN, JOSEPH SANCHEZ, and HAYDEN NEWMAN<br><br>Defendants. | Case No. 8:24-cv-00073-MRA (ADSx)<br><br>*Assigned to*:<br>Hon. District Judge Monica R. Almadani<br>Hon Magistrate Judge Autumn D. Spaeth<br><br>**NOTICE OF ERRATA RE: DOCKET NO. 26 – JOINT REPORT RULE 26(F) DISCOVERY PLAN** |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby respectfully submit this notice of errata to correct the Joint Report Rule 26(F) Discovery Plan filed on May 16, 2024 (Dkt. No. 26). The report was inadvertently filed without its appendix. The caption page also failed to include reference to the assigned judge and magistrate judge and failed to include the scheduled date of the scheduling conference. This error was caused by a miscommunication between Plaintiffs' attorney Cooper Alison-Mayne and his assistant.

1  Plaintiffs regret causing the court any inconvenience. The corrected report with its
2  appendix has been filed as an attachment to this notice.
3        .
4  Respectfully Submitted,

6  DATED:  May 16, 2024                    The Law Offices of Dale K. Galipo

8                                    By:   /s/ Cooper Alison-Mayne
9                                          Dale K. Galipo
                                            Cooper Alison-Mayne
10                                          Attorneys for Plaintiffs