# APPENDIX A
# JUDGE MÓNICA RAMÍREZ ALMADANI
## SCHEDULE OF PRETRIAL DATES WORKSHEET

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The Court ORDERS the parties to make every effort to agree on dates.**

| Case No. 5:21-cv-01694-JWH-KK | Case Name: Olga Alvarado De Garay v. City of Tustin | | |
|---|---|---|---|
| **Final Pretrial Conference Dates** | | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Check one: ☒ Jury Trial or ☐ Court Trial *[The Court sets the trial date at the Final Pretrial Conference]* Estimated Duration, in days: 5-7 | | NA | NA |
| Final Pretrial Conference ("FPTC") [L.R. 16] *[Thursday at 3:00 p.m., within 12 months of Scheduling Conference]* | | 1/8/2026 | |
| **Event[1]** *Note:* Hearings must be on Thursdays at 1:30 p.m. Other dates can be any day of the week. | **Weeks Before FPTC[2]** | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Opposition to Motions in Limine Filing Deadline | 3 | 12/18/2025 | |
| Motions in Limine Filing Deadline | 4 | 12/11/2025 | |
| Settlement Conference Completion Date [L.R. 16-15] **Select one:** ☐ Mag. Judge ☐ Panel ☒ Private | 5 | 12/04/2025 | |
| Last Date to **HEAR** Daubert Motions | 8 | 11/13/2025 | |
| Last Date to **HEAR** Non-Discovery Motions (*see* Procedures page for Rule 56 Motion deadlines) | 12 | 10/16/2025 | |
| Expert Discovery Cut-Off | 14 | 10/2/2025 | |
| Expert Disclosure (Rebuttal) | 17 | 9/11/2025 | |
| Expert Disclosure (Initial) | 21 | 8/14/2025 | |
| Non-Expert Discovery Cut-Off (no later than deadline for *filing* dispositive motions) | 24 | 7/24/2025 | |
| Last Date to *Hear* Motions to Amend Pleadings/Add Parties *[Thursday]* | | | |

---

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

[2] This is the Court's recommended default timeline for certain events. The parties may propose alternate dates based on the needs of each individual case.