**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
dalekgalipo@yahoo.com
cmayne@galipolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ALVARADO DE GARAY, CAROLINA GARAY ALVARADO, and MERCEDES GARAY ALVARADO, individually and as successors in interest to Clemente de Jesus Garay Mejia,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUSTIN, JOSEPH SANCHEZ, and HAYDEN NEWMAN<br><br>Defendants. | Case No.: 8:24-cv-00073-MRA-ADS<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE (FRCP (a)(1)(A)(ii)** |

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

By and through counsel of record in this action, Plaintiffs OLGA ALVARADO DE GARAY, CAROLINA GARAY ALVARADO, and MERCEDES GARAY ALVARADO ("Plaintiffs") and Defendants CITY OF TUSTIN, JOSEPH SANCHEZ, and HAYDEN NEWMAN ("Defendants") (collectively "the Parties") hereby stipulate to dismiss all claims against all defendants with prejudice pursuant to Fed. R. Civ. Proc., Rule 41(a)(1)(A)(ii). Each party is to bear their own attorneys'

1

fees and costs.

**IT IS SO STIPULATED.**

DATED: November 13, 2024        **LAW OFFICES OF DALE K. GALIPO**

                                By:  */s/     Dale K. Galipo*
                                     Dale K. Galipo, Esq.
                                     *Attorney for Plaintiffs*


DATED: November 13, 2024        **FERGUSON, PRAET & SHERMAN**

                                By:  */s/     Bruce D. Praet*
                                     Bruce D. Praet,
                                     Attorneys for Defendants